UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- Civil Action No. 18-cv-04900

KALIM KOREY, individually and on
behalf of all others similarly situated,

                Plaintiff,

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

v.

RELIN, GOLDSTEIN & CRANE, LLP,

                Defendant.
--------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys of record for the parties to this proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action is hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to either party as against the other.

Dated: New York, New York
       January 2, 2019

| | |
|---|---|
| ROPERS, MAJESKI, KOHN & BENTLEY, P.C. | BARSHAY SANDERS, PLLC |
| By: *S/ Christopher B. Hitchcock /* <br>     Christopher B. Hitchcock, Esq. <br> *Attorneys for Defendant* <br> 750 Third Avenue, 25th Fl. <br> New York, New York 10017 <br> Telephone: (212) 668-5927 | By: *S/ Jonathan M. Cader /* <br>     Jonathan M. Cader, Esq. <br> *Attorneys for Plaintiff* <br> 100 Garden City Plaza, Suite 500 <br> Garden City, New York 11530 <br> Telephone: (516) 203-7600 |

SO ORDERED:

/S/ USDJ KIYO A. MATSUMOTO    1/2/2019
          U.S.D.J.

4851-7746-6500.1